**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) Docket no. 2:19-cr-00133-GZS |
| JUSTIN NEVES, | ) ) ) |
| Defendant. | ) |

**PROCEDURAL ORDER**
**RE:  PENDING MOTION FOR COMPASSIONATE RELEASE**

The Court has conducted an initial review of Defendant's Motion for Compassionate Release (ECF No. 26).  As part of the review, the Court has received and reviewed information from Probation (ECF No. 28).  The Clerk is hereby directed to release this information to counsel for Defendant and the United States Attorney's Office.  If Defendant wishes to amend his pending motion based on any information contained in the the Probation filing, he may do so within one week of this Order.  The Government shall thereafter file a response to the pending request for compassionate release within 14 days.  No reply is required, but the Court will consider any reply filed within one week of the filing of the the Government's response.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 10th day of June, 2020.