UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:19-cr-00133-GZS |
| JUSTIN NEVES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER ON MOTION FOR COMPASSIONATE RELEASE

Before the Court is Defendant's Motion for Compassionate Release (ECF No. 26). Defendant, now 21 years of age, is presently serving a 15-month sentence at Brooklyn MDC with an estimated release date of August 18, 2020. After this Motion was filed, the Court received additional documents from Probation (ECF No. 28) as well as a response from the Government (ECF No. 30). Having reviewed the all of the materials received in connection with the Motion, along with the entire docket, the Court concludes that Defendant has not met his burden of establishing that extraordinary and compelling reasons presently warrant a reduction in his sentence. Rather, for reasons adequately stated in the Government's Response, the Court finds that Defendant's asthma cannot be described as moderate to severe and, based on current guidance, does not qualify as serious medical condition that places him at a material greater risk for serious illness from COVID-19 or diminishes his ability to provide self-care while he remains detained at his current facility. (See ECF No. 30, PageID #s 108-110.)

Therefore, the Court DENIES Defendant's Motion for Compassionate Release (ECF No. 26).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 15th day of July, 2020.